IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GERARDO ORONA,

    Plaintiff,

v.                                       No. 2:15-cv-00800 MCA/SCY

CAROLYN W. COLVIN,
*Commissioner of the*
*Social Security Administration*,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATIONS

**THIS MATTER** is before the Court on Magistrate Judge Steven C. Yarbrough's November 9, 2016 Report and Recommendations ("R&R"). ECF No. 29. In this R&R, Judge Yarbrough recommends that the Court remand this matter for further review by the Administrative Law Judge ("ALJ"). Defendant has not filed any objections to the R&R, thereby waiving its right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). For this reason, and upon review of the record, the Court agrees that remand is the appropriate action.

    **IT IS THEREFORE ORDERED THAT**:

    1) The Magistrate Judge's Report and Recommendations (ECF No. 29) is **ADOPTED**.

    2) Plaintiff's Motion to Reverse and Remand (ECF No. 19) is **GRANTED**.

    **IT IS SO ORDERED.**

                                                    CHIEF UNITED STATES DISTRICT JUDGE